UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL PARKING SYSTEM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18 CV 125 CDP |
| | ) | |
| TUCKER PARKING EQUITIES LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

For the reasons set out in the Memorandum and Order entered today,

**IT IS HEREBY ORDERED** that plaintiff's complaint is dismissed without prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 25th day of October, 2018.